AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Capital Investment Funding, LLC.<br>*Plaintiff*<br>v.<br><br>Arthur Field; Kathryn Taillon; Davyd Field; Allyson Field; Kirsten M. White; Bart Kelley; Robert J L'Abbate ; Elizabeth Hopper; Gary Johnson; Elliot Salzman; James Caserta; Stuart Katz; Gene Ahlers; Mark Davidson; Greg Bailey; Dennis Hackney; Michael Parish; Jack Campitelli, a/k/a A.J. Camp; J.G. Geneva Seller, a/k/a Geneva Campitelli; J.G. Ryckman; Jamie McKeough; D.L. Jones; Shawna Freeman; Capital Intrastate Funding, LLC.; Construction Resources, Inc.; He Will Provide, LLC; J and H Builders, LLC; Lamplighter Mortgage Company, LLC; Saneski, LLC; Steele Construction of SC, Inc.;Amerishare Corporation; Arrowhead Funding Corporation; Gulf Capital L.P.; Gulf Capital Management, Inc.; Onward Finance Corporation; Onward Recovery Partners Corporation; RAAF Enterprises, LLC; John Does 1-35, names being fictitious; Jane Does 1-35, names being fictitious; ABC Companies 1-35, names being fictitious; James M Williams, III; Godprop,<br>*Defendants* | Civil Action No.     6:13-cv-02326-BHH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that defendants' motions to dismiss (entries 24, 39, 42, 46, 47, 81, 93, 94 and 113) are granted and this action is dismissed as to all defendants.

This action was *(check one)*:
☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks.

Date:   January 20, 2015                                          ROBIN L. BLUME, CLERK OF COURT

                                                                                    s/Ashley Buckingham
                                                                            *Signature of Clerk or Deputy Clerk*